Argued and submitted June 4, affirmed July 5, 2001

ALLEN C. BECK,
*Appellant,*

*v.*

Robert O. LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

99-07-30, 675M; A108715

27 P3d 175

Steven M. Stoddard filed the brief for appellant.

Judy C. Lucas, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *Burnett v. Lampert,* 173 Or App 577, 25 P3d 337 (2001).